**Mona CHU, Plaintiff-Appellant,**

v.

**PATENT AND TRADEMARK OFFICE, Defendant-Appellee.**

No. 17-1664

United States Court of Appeals, Fourth Circuit.

Submitted: September 11, 2017

Decided: October 12, 2017

Mona Chu, Appellant Pro Se. Dennis Carl Barghaan, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mona Chu appeals the district court's order dismissing her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Chu v. Patent & Trademark Office*, No. 1:15-cv-01375-CMH-MSN (E.D. Va. filed Apr. 25, 2016 & entered Apr. 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*